August 12, 2024

*WITHOUT PREJUDICE*

Mr. Vernon S. Broderick, Hon. Justice
United States' District Court
Southern District, New York-
500 Pearl Street
New York, N.Y. 10007

Dear Hon. Justice:

RE:    **ALROY RICHARDS vs. CITY OF NEW YORK, Et Al**
       **Case #24CV2212_VSB**
       **OPPOSING EXTENSION OF TIME, REQUESTED BY THE RESPONDENTS**

Reference is made to the Court's **Order**, on, or about **07/31/2024**. **Respondents' Answer Due by 08/13/2024**. Though the Decision rest purely with this Court, the **Plaintiff** is **Opposing** any **Extension Of Time** Requests, by the Respondents (against the Respondents themselves). Plaintiff has **Good Cause Reasons**, and **Good Faith Reasons**, for opposing. It is the same Counsel(s) that the Plaintiff will be pursuing matter with, as in earlier case (unrelated). Respondents' approaches are purely **to delay process for exceptionally long times**, **waste Court's** and Plaintiff's **time**, throughout. Also, despite any **truths, facts**, and unchallenged scenarios to be presented, the Respondents, supposedly as "Good Corporate Citizens", **will not waiver to justice**, neither will they honour their own the mandates, of the City of New York, State of New York, neither requirements (all Laws) by Federal Government. Again, Plaintiff is not prepared in no ways, to extend, nor Toll time, for Respondents' response. Frankly.

Thanking you in advance.

Yours sincerely

**ALROY RICHARDS**
*Plaintiff, Pro-Se*

**COPY – All Respondents**, c/o New York City Law Department
       ATTN: Corporation Counsel
       100 Church Street, Room #3-152
       New York, N.Y. 10007
TO:    **Ms. KAREN RHAU**, *Assistant Corporation Counsel*
EMAIL: krhau@law.nyc.gov