UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
    ALROY RICHARDS,

                            Plaintiff

                            24-cv-2212 (VSB)

               -against-

                            **ORDER**

    THE CITY OF NEW YORK,

                          Defendant.
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Defendant City of New York's motion to dismiss the Complaint. (Doc. 28.) To date, I have not received Plaintiff's brief in opposition to the Defendant's motion to dismiss, despite such opposition being due on or before December 7, 2024. (Doc. 35.)

       If Plaintiff does not submit an opposition to Defendant's motion by December 13, 2024, I will consider the motion to dismiss unopposed, and will decide the motion without the benefit of Plaintiff's opposition. If Plaintiff files the opposition brief on or before December 13, 2024, then Defendant's reply brief is due on or before December 20, 2024.

SO ORDERED.

Dated:   December 9, 2024
           New York, New York

                                      Vernon S. Broderick
                                      United States District Judge